No. 01–6447. SANDERS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–6449. JACKSON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–6450. McINTYRE v. JONES, ACTING WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6457. TODD v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 01–6458. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.; WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS; WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.; and WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied. Reported below: 794 So. 2d 608.

No. 01–6459. BOOMER v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6461. SMITH v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 01–6472. DUMAS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01–6482. HAFDAHL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6488. SCOTT v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–6490. JONES v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6495. SMITH v. O'HALLORAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6496. SLEZAK v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.